# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PACE, AND ELISABETH PACE,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY CREDIT UNION; AND, TRANSUNION, LLC,<br><br>Defendants. | Case No.: 15-cv-2289 AJB (BLMx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>**(Doc. No. 27)** |

Based upon the Parties' Joint Motion, this Court hereby orders this Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 13, 2016

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge